**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

AMAL BENNETT-JUDGE,

                Plaintiff,

vs.

THE STATE OF GEORGIA,

                Defendant.

CIVIL ACTION FILE

NO. 1:20-CV-00597-SEG

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration, it is

**Ordered and Adjudged** that this action is **dismissed without prejudice** pursuant to 28 U.S.C. § 1915(e)(2) for failure to keep the Court informed of her current address.

Dated at Atlanta, Georgia, this 25th day of May, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:    s/Shane Gazaway
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    May 25, 2022
Kevin P. Weimer
Clerk of Court

By:  s/Shane Gazaway
      Deputy Clerk